UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

1-800 WATER DAMAGE
INTERNATIONAL, LLC,

      Plaintiff,

v.

RESTORATION RX, LLC., *et al.*,

      Defendants.
_____/

Case No. 24-cv-10110
Hon. Linda V. Parker

## OPINION AND ORDER LIFTING STAY AND STRIKING DEFENSES

On January 10, 2025, this Court granted a motion to withdraw as counsel filed by Defendants' then attorneys, Mark W. Peyser and Howard & Howard Attorneys, PLLC. (ECF No. 21.) The Court stayed the matter for 30 days to allow Restoration RX, LLC ("Restoration RX") to retain new counsel and advised Restoration RX that, because corporate entities cannot proceed without an attorney, the failure to retain new counsel would "result in Defendant Restoration RX, LLC's defenses being stricken without further notice of the Court[.]" (*Id.* at PageID.522.)

The 30 days have expired, and no attorney has entered an appearance on behalf of Restoration RX. The Court notes that all three Defendants are currently

unrepresented, and there is no address or contact information for any Defendant formally listed on the docket.

Consequently, the Court **ORDERS** Plaintiff to serve a copy of this order on Defendants by U.S. First Class Mail to the primary business address of Restoration RX identified in the complaint, 1194 E. 1060 N, Unit 114, Spanish Fork, Utah 84660 and the address for Defendants identified on the most recent filing, 2747 E 340 N, Spanish Fork, UT 84660 and via email to geclevel@gmail.com. Plaintiff **SHALL FILE** a certificate of service with the Court by May 19, 2025.

**IT IS FURTHER ORDERED** that the stay is **LIFTED**.

**IT IS FURTHER ORDERED** that Restoration RX's defenses are **STRICKEN**.

**IT IS FURTHER ORDERED** that Defendants Gerald E. Cleveland and Jenteal Cleveland **SHALL FILE** updated contact information including their phone numbers, emails, and mailing addresses, via the pro se upload in CM/ECF by **May 26, 2025**.

                                                     s/ Linda V. Parker
                                                     LINDA V. PARKER
                                                     U.S. DISTRICT JUDGE

Dated: May 7, 2025

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, May 7, 2025, by electronic and/or U.S. First Class mail.

s/Aaron Flanigan
Case Manager
