UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

1-800 WATER DAMAGE
INTERNATIONAL, LLC,

        Plaintiff,              Case No. 24-cv-10110
                                         Honorable Linda V. Parker

v.

Restoration RX, LLC et. al.,

        Defendants.
_____/

## OPINION AND ORDER GRANTING MOTION FOR DEFAULT JUDGMENT

On January 10, 2025, the Court granted an unopposed motion to withdraw filed by Defendants' then attorneys, Mark W. Peyser and Howard & Howard Attorneys, PLLC, and stayed the proceedings for 30 days to allow Defendant Restoration RX, LLC to retain new counsel.  (ECF No. 21.)  The Court warned that, because corporate entities cannot proceed pro se, failure to retain new counsel would "result in Defendant Restoration RX, LLC's defenses being stricken without further notice[.]"  (*Id.* at PageID.522.)

When 30 days passed without new counsel appearing on Defendant Restoration RX, LLC's behalf, the Court entered an order lifting the stay and striking its defenses.  (ECF No. 24.)  On May 12, 2025, Plaintiff filed a Request for

1

Clerk's Entry of Default, and on May 13, 2025, the Clerk's Office entered default against Defendant Restoration RX, LLC.  (ECF No. 26; ECF No. 27.)

Despite the Court's clear instruction that Defendant Restoration RX, LLC, as a corporate entity, could not proceed without counsel, Defendant failed to retain new representation within the 30-day period.  As a result, the Court struck its defenses, and, having still not obtained counsel as of the date of this Opinion and Order, Defendant is in default.

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Default Judgment against Defendant is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff shall submit to the Court a proposed judgment within 14 days.

**SO ORDERED.**

s/ Linda V. Parker<br>
LINDA V. PARKER<br>
U.S. DISTRICT JUDGE

Dated: November 25, 2025